Wells Fargo Bank, Appellant, v Lucina Hodge et al., Defendants, and Joseph Callender, Respondent.

Submitted April 21, 2014; decided June 26, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Andrew E. Wisoff, Appellant, v City of Schenectady, Respondent.

Decided June 26, 2014

Appeal, insofar as taken from that portion of the Appellate Division order that affirmed the Supreme Court order denying reconsideration, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.